UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH KANTRELL NORRIS, | ) |
| | ) |
| Plaintiff | ) |
| | ) No. 3:12-0557 |
| v. | ) Judge Trauger/Brown |
| | ) **Jury Demand** |
| JEFF LONG, *et al.*, | ) |
| | ) |
| Defendants | ) |

## CASE MANAGEMENT ORDER

This matter is set for a Rule 16 case management conference for **Monday, September 10, 2012, at 1:00 p.m., Courtroom 783**. The Defendants are directed to prepare a draft scheduling order and send a copy of it to the Plaintiff as least **seven days** before the conference. The Plaintiff is directed to review the matter and bring to the hearing any suggested changes he has to the scheduling order.

The Plaintiff is cautioned that he must always keep a current address on file with the Court, and that failure to attend hearings or participate promptly in the process of this case can result in a recommendation that this case be dismissed for failure to prosecute.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge