UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH KANTRELL NORRIS,   ) | |
| )                         | |
| Plaintiff,                ) | |
| )                         | No. 3:12-cv-0557 |
| v.                        ) | |
| )                         | Judge Sharp |
| JEFF LONG, *et al.*,      ) | Magistrate Judge Brown |
| )                         | |
| Defendants.               ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, concluding,

> [T]his action [should] be **DISMISSED** *sua sponte* with prejudice as frivolous and for failure to state a claim under 42 U.S.C. §§ 1997e(2)(B)(i)-(ii) and 1915A(b)(1), that dismissal constitute the **FINAL JUDGMENT** in this action, that all pending motions be **TERMINATED** as **MOOT**, and that any appeal **NOT BE CERTIFIED** as taken in good faith under 28 U.S.C. § 1915(a)(3).

(Docket Entry No. 77). No response in opposition was filed to the R & R. Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 77) is hereby ACCEPTED and APPROVED;

(2) All pending motions are hereby TERMINATED as moot;

(3) This case is hereby DISMISSED WITH PREJUDICE; and

(4) The Court hereby certifies that any appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

1

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE